AO 91 (Rev. 11/11) Criminal Complaint                                                          AUSA Michelle Petersen (312) 886-7655

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TYRELL THOMAS
(a/k/a "50")

CASE NUMBER:

15 CR 216

MAGISTRATE JUDGE COX

FILED
4-16-2015
APR 1 6 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 12, 2015, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | knowing and intentional possession in and affecting interstate commerce of a firearm, namely, a Master Piece Arms, .45 caliber handgun, bearing serial number A1692, after a previous conviction of a crime punishable by a term of imprisonment exceeding one year |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

JESSICA SALLEY
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Sworn to before me and signed in my presence.

Date: April 16, 2015

City and state: Chicago, Illinois

Judge's signature

SUSAN E. COX, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS | ss

## AFFIDAVIT

I, JESSICA SALLEY, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, and have been so employed since 2005. My current responsibilities include the investigation of narcotics, firearm trafficking offenses and gang investigations.

2. This affidavit is submitted in support of a criminal complaint alleging that Tyrell Thomas has violated Title 18, United States Code, Section 922(g)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging THOMAS with being a felon in possession of a gun, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, the experience of those agents, as well as review of surveillance videos and evidence obtained during the execution of a search warrant.

4. Based on the information contained in this Affidavit, I submit that there is probable cause to believe that, on or about April 12, 2015, TYRELL

THOMAS (a/k/a "50"), having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, in and affecting interstate commerce, in that the firearm had traveled in interstate commerce prior to the defendant's possession of the firearm, namely a Master Piece Arms, .45 caliber handgun, bearing the serial number A1692, in violation of Title 18, United States Code, Section 922(g)(1).

## FACTS IN SUPPORT OF PROBABLE CAUSE

### The Simon City Royals Gang Investigation

5. The Simon City Royals are a violent street gang that operates principally on the west and north sides of Chicago and uses firearms to protect its territory from rival gang members. The ATF, the FBI, and the Chicago Police Department are investigating allegations that the Simon City Royals have engaged in illegal firearms trafficking and in various acts of violence, including armed robbery, to further the gang's criminal objectives. As described in greater detail below, it is believed that on or about April 12, 2015, three members of the Simon City Royals robbed a member of a rival gang at gunpoint in a local food store and then fled the scene. As part of this robbery, it is believed that THOMAS possessed a Master Piece Arms, .45 caliber handgun, bearing the serial number A1692.

### April 12, 2015, Armed Robbery of Victim A

6. As depicted in surveillance video obtained from the Ben Salem food market at 3458 West Chicago Avenue, Chicago, Illinois (the "food market"), on or about April 12, 2015, an individual later identified as THOMAS entered the food

market with two other individuals. In the surveillance video, THOMAS can be seen wearing a red baseball cap, red t-shirt, red sneakers, a black hooded jacket and black pants. Once inside the store, THOMAS steps outside the cameras' range for a few seconds. When he reappears, THOMAS is holding what appears to be a firearm with an extended magazine, consistent with the appearance of a Master Piece Arms, .45 caliber handgun, that he takes from around his neck and has it in his hand as they calmly exit the store.

7. According to information provided by a witness to the robbery, hereafter identified as Individual A, on or about April 12, 2015, three men carrying "long guns"[1] entered the store as if looking for someone. The men walked down the food market's central aisle, turned back toward the door, and stopped Victim A. The three men then proceeded to go through Victim A's pockets and remove cash. Individual A heard one of the men say to Victim A: "I'll pop your ass right now." All three men then calmly exited the store and walked westbound.

### Identification of THOMAS as One of the Robbers

8. Pursuant to its investigation of the Simon City Royals, on or about April 8, 2015, ATF conducted surveillance in the 600 block of North Spaulding in Chicago. While conducting surveillance, agents observed THOMAS on the porch of 644 N. Spaulding Avenue, Chicago. Agents were able to identify THOMAS based on their review of a known photograph of THOMAS obtained from a law enforcement database. Specifically, based on previous surveillance and the review of a known

---

[1] Based on my review of the food market surveillance video, THOMAS is the only offender carrying a firearm that is visible in the video.

3

law enforcement photograph of THOMAS, law enforcement identified THOMAS in the food market surveillance video as the individual depicted in the video carrying a firearm and wearing a red hat, shirt and sneakers, and a black hooded jacket and pants.

9. As discussed below, during the execution of a search warrant at THOMAS's residence on or about April 15, 2015, a red Nike hat and red Nike shoes were located. I compared the hat and shoes recovered from THOMAS's residence to the hat and shoes in the food market surveillance video of the robbery, and they appear to me to be the same articles of clothing.

### Execution of Federal Search Warrant

10. On or about April 15, 2015, Magistrate Judge Susan E. Cox issued a search warrant authorizing the search of THOMAS' residence located at 644 N. Spaulding Ave., Unit 1, Chicago, Illinois. ATF, Chicago Police Department and FBI executed the search warrant on the same date.

11. When the agents entered the residence, THOMAS was in a bedroom located in the basement. Law enforcement officers searching the basement found a Master Piece Arms, .45 caliber handgun, with a loaded extended magazine. A shoelace had been attached to the handgun as a kind of makeshift sling. The handgun was found in a purse in the bottom of a storage closet.

### Identification of the Firearm

12. Based upon my review of the surveillance video from the food market, the handgun recovered from THOMAS's residence appears to be the same handgun

that was carried by THOMAS during the armed robbery on April 12, 2015. The handgun and extended magazine are distinctive looking and are visible in the surveillance video. Additionally, the surveillance video shows THOMAS carrying the handgun around his neck on a string, which is consistent with the shoelace attached the handgun recovered from THOMAS's residence.

### Interstate Nexus of the Handgun

13. On April 15, 2015, an ATF special agent who is trained in determining the origin of firearm and ammunition manufacturing determined that the a Master Piece Arms, .45 caliber handgun, bearing the serial number A1692 recovered from THOMAS's residence was not manufactured in the State of Illinois. Therefore, the handgun recovered from THOMAS's residence must have previously traveled in interstate commerce.

### THOMAS's Criminal History

14. According to records obtained from the Illinois Department of Corrections, THOMAS has seven prior felony convictions. THOMAS's most recent felony conviction was on or about June 23, 2009, in the Circuit Court of Cook County, Illinois, for unlawful possession of a firearm by a felon. THOMAS was sentenced to 6 years' imprisonment for this offense.

### CONCLUSION

15. Based on the foregoing, I believe there is probable cause to believe that, on or about April 12, 2015, defendant TYRELL THOMAS knowingly and intentionally possessed a firearm, namely a Master Piece Arms, .45 caliber

handgun, bearing the serial number A1692, after having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

FURTHER AFFIANT SAYETH NOT.

_____
JESSICA SALLEY
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

SUBSCRIBED AND SWORN to before me on April 16, 2015.

_____
SUSAN E. COX
United States Magistrate Judge

6